UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------X
                                                    :
HIGH HOPE ZHONGTIAN CORP.                            :
                                                    :
                              Plaintiff,             :
                                                    :        22-CV-7568 (VSB)
                  -against-                          :
                                                    :        **DEFAULT JUDGMENT**
                                                    :
PEKING LINEN INC.,                                   :
                                                    :
                              Defendant.             :
                                                    :
----------------------------------------------------- X

<u>VERNON S. BRODERICK, United States District Judge</u>:

      In accordance with my comments at the Order to Show Cause hearing on January 6,

2023, it is hereby:

      ORDERED that default judgment as to liability is entered in favor of Plaintiff and against

Defendant Peking Linen Inc.  This case will be referred to Magistrate Judge Netburn for an

inquest on damages.


SO ORDERED.

Dated:   January 10, 2023
         New York, New York

_____
VERNON S. BRODERICK
United States District Judge