UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

HIGH HOPE ZHONGTIAN CORP.,

                    Plaintiff,                    22-CV-07568 (VSB)(SN)

     -against-                        **ORDER**

PEKING LINEN INC.,

                    Defendant.

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       On January 10, 2023, the Honorable Vernon S. Broderick referred this case to my docket to conduct an inquest and to report and recommend concerning Plaintiff's damages after entering a default judgment as to liability against Defendant. ECF No. 23. On January 13, 2023, Plaintiff filed its Proposed Findings of Fact and Conclusions of Law. ECF No. 26. On January 16, 2023, Plaintiff filed an affidavit of service indicating that Plaintiff had mailed Defendant the papers in support of its Proposed Findings of Fact and Conclusions of Law that same day. ECF No. 27. Accordingly, Defendant's response, if any, was to be filed no later than February 15, 2023. Because Defendant has made no such filing, this matter is now fully briefed.

**SO ORDERED.**

                                                      SARAH NETBURN
                                                      United States Magistrate Judge

DATED:      February 24, 2023
                New York, New York