UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
HIGH HOPE ZHONGTIAN CORPORATION,

                Plaintiff,                22 **CIVIL** 7568 (VSB)(SN)

   -against-                          **JUDGMENT**

PEKING LINEN INC.,

                Defendant.
-------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 1, 2024, the Court ADOPTS the detailed and well-reasoned Report and Recommendation in its entirety. The arbitration award is confirmed, and plaintiff is awarded $928,767.99 plus the total RMB awarded converted to USD totaling 340,967 (RMB) which is $47,735.38, and pre-judgment interest at 9 percent totaling $232,835.86, for a total of $1,209,339.23.  Accordingly, the case is closed.

**Dated:**  New York, New York

    May 1, 2024

                                                      **RUBY J. KRAJICK**
                                                      **Clerk of Court**

                            **BY:**

                                                      **Deputy Clerk**